Argued and submitted November 20, 1998, dismissed as moot February 10, petition for review denied April 29, 1999 (328 Or 465)

THOMAS W. SWEARENGEN,
*Appellant,*

*v.*

George BALDWIN,
Superintendent,
Eastern Oregon Correctional Institution,
*Respondent.*

(96C-1111; CA A98459)

974 P2d 264

Harrison Latto argued the cause and filed the brief for appellant.

Judy C. Lucas, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Dismissed as moot. *Hamel v. Johnson,* 158 Or App 276, 974 P2d 260 (1999); *Jones v. Thompson,* 156 Or App 226, 968 P2d 380 (1998).